**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

*Taimur Alamgir, Esq.*
talamgir@kdvlaw.com

July 16, 2020

**VIA ECF**
Honorable Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    RE:   **Moskowitz, et al. v. Great Neck UFSD, et al.**
           Case No. 20-CV-1659 (KAM) (SIL)

Dear Judge Locke:

    Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw my appearance as attorney of record for Defendants Great Neck Union Free School District, Luciana Bradley, Gabriella Duke, Sara Goldberg, Anthony Iacovelli, Kate Mugno, The Board of Education of the Great Neck Union Free School District, and Robin Trichon ("Defendants").

    My representation of Defendants arose solely from my prior association with Miranda Slone Sklarin Verveniotis LLP ("Miranda Slone"), Defendants' law firm in the above-captioned case. I recently left Miranda Slone and transitioned to Kaufman Dolowich & Voluck, LLP. Accordingly, I will not be participating in Miranda Slone's representation of Defendants going forward, or asserting any charging or retaining lien with respect to this matter.

    For the foregoing reasons, I respectfully request leave to withdraw as attorney of record.

                                 Respectfully Submitted,
                                 KAUFMAN DOLOWICH & VOLUCK, LLP

                                 Taimur Alamgir, Esq.

cc:     All Counsel (via ECF)