UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
CRAIG MOSKOWITZ and BARBARA MOSKOWITZ, each on their own behalf, and as parents on behalf of their minor child, S.M.,

Docket No.: 20-cv-1659 (KAM) (SIL)

Plaintiffs,

-against-

GREAT NECK UNION FREE SCHOOL DISTRICT, THE BOARD OF EDUCATION OF THE GREAT NECK UNION FREE SCHOOL DISTRICT, DANA SLACKMAN, DR. GABRIELLA DUKE, KATE MUGNO, ROBIN TRICHON, DR. ANTHONY IACOVELLI, LUCIANA BRADLEY, and SARA GOLDBERG, each Individually, and in their respective official capacities,

**NOTICE OF MOTION**

Defendants.
----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed declaration of Michael A. Miranda and the exhibits annexed thereto; the Affidavit of Robin Trichon and the exhibit annexed thereto, the Affidavit of Dr. Anthony Iacovelli and the exhibit annexed thereto, the Affidavit of Kate Mugno, and the accompanying memorandum of law, and upon all pleadings and proceedings heretofore had herein, defendants, GREAT NECK UNION FREE SCHOOL DISTRICT, THE BOARD OF EDUCATION OF THE GREAT NECK UNION FREE SCHOOL DISTRICT, DR. GABRIELLA DUKE, KATE MUGNO, ROBIN TRICHON, DR. ANTHONY IACOVELLI, LUCIANA BRADLEY, and SARA GOLDBERG will move this Court, before the Honorable Judge Kiyo A. Matsumoto, United States District Court Judge at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date to be ordered by the Court, for an Order pursuant to 12(b)(6) of the Federal Rules of Civil Procedure granting the defendants' motion to dismiss for failure to state a claim upon which relief may be granted, and such other further relief as this Court may deem just and proper, including but not limited to the conversion of this motion to a motion for summary judgment under FRCP 12(d), upon notice to the parties.

1

Dated: Mineola, New York
       October 9, 2020

        **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**
Attorneys for Defendants GREAT NECK UNION FREE SCHOOL DISTRICT, THE BOARD OF EDUCATION OF THE GREAT NECK UNION FREE SCHOOL DISTRICT, DR. GABRIELLA DUKE, KATE MUGNO, ROBIN TRICHON, DR. ANTHONY IACOVELLI, LUCIANA BRADLEY, and SARA GOLDBERG

By:_____
Michael A. Miranda, Esq.
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

To: All Counsel via ECF