

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP
_____

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* <br> STEVEN VERVENIOTIS <br> ONDINE SLONE <br> RICHARD S. SKLARIN° <br> MAURIZIO SAVOIARDO <br> KELLY M. ZIC <br> FRANK R. MALPIGLI▫ <br> ANDREW B. KAUFMAN± <br> LAWRENCE S. WASSERMAN* <br> _____ <br><br> **SENIOR COUNSEL** <br> LOUISE FASANO <br><br> **WRITER'S E-MAIL:** <br> MMIRANDA@MSSSV.COM | THE ESPOSITO BUILDING <br> 240 MINEOLA BOULEVARD <br> MINEOLA, NY 11501 <br> TEL (516) 741-7676 <br> FAX (516) 741-9060 <br><br> WWW.MSSSV.COM <br><br> **BRANCH OFFICES:** <br> WESTCHESTER, NY <br> NEW YORK, NY <br> CLARK, NJ | ANNE P. EDELMAN <br> GABRIELLA CAMPIGLIA <br> RICHARD B. EPSTEIN <br> ABRAHAM WARMBRAND <br> DEBORA J. DILLON° <br> EDWARD DENBY <br> ALLYSON N. BROWN <br> MICHAEL A. BAYRON <br> STEVEN R. FILOSA <br> MICHAEL HOFMANN <br> GALINA STILER° <br> LAURA ALTO <br> CHRISTOPHER J. LAMPERT* <br><br> *ALSO ADMITTED IN NEW JERSEY <br> ▫ALSO ADMITTED IN FLORIDA <br> ±ALSO ADMITTED IN DISTRICT OF COLUMBIA <br> ° RESIDENT IN WESTCHESTER |

December 11, 2020

**VIA ECF**

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    ***Moskowitz, et al. v. Great Neck UFSD, et al.***
                Case No.: 20-CV-1659 (KAM) (SIL)
                Our File No.: 19-200

Dear Judge Matsumoto:

      We represent the Great Neck defendants in the captioned matter. Pursuant to Your Honor's motion rules, we are filing by ECF today the following documents with regard to our Motion to Dismiss.

- Notice of Motion to Dismiss dated October 9, 2020;
- Declaration of Michael A. Miranda dated October 9, 2020 with exhibits;
- Affidavit of Robin Trichon sworn to on October 5, 2020 with exhibit;
- Affidavit of Dr. Anthony Iacovelli sworn to on October 7, 2020 with exhibit;
- Affidavit of Kate Mugno sworn to on October 8, 2020;
- Memorandum of Law in Support dated October 9, 2020;
- Reply Declaration of Michael A. Miranda dated December 11, 2020 with exhibit; and
- Reply Memorandum of Law dated December 11, 2020.

Thank you for your attention to the foregoing

        Respectfully submitted,
        **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

        Michael A. Miranda

cc:    All counsel Via ECF