

**Laura Dawn Barbieri**
Of Counsel

lbarbieri@advocatesny.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

DECEMBER 11, 2020

**BY ECF**

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *Moskowitz, et al. v. Great Neck UFSD, et al.*
          20-CV-1659 (KAM) (SIL)
          Second Letter Motion for Extension of Brief Response

Dear Judge Matsumoto:

  We previously requested and received permission from Your Honor to file an expanded brief. We write again for nunc pro tunc permission to file additional pages for the following reason. When we requested the additional expansion of pages, we had yet to address the arguments made by co-defendant Slackman. Once her motion was finalized, we realized it was likely a better option to combine brief responses into one document, rather than file a responsive brief for each motion made. This decision caused our brief to increase an additional ten pages. We apologize for not realizing the necessity of this determination when we first requested the expansion, and we hope that the determination not to file separate briefs will meet with Your Honor's approval.

  Your consideration would be greatly appreciated.

  Thank you very much.

              Respectfully yours,

              /s/
              Laura D. Barbieri

All defense counsel: by ecf only